

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00406-CV

Moises **RODRIGUEZ** and Moses Property Investments, LLC,
Appellants

v.

**SAN ANTONIO DBX ESTATE INC.**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV08532
Honorable John Longoria, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: December 23, 2020

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was originally due to be filed by September 28, 2020. Neither the brief nor a motion for extension of time was filed. By order dated November 3, 2020, appellants were ordered to file their brief and to show cause in writing by November 18, 2020, why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellants did not respond to this court's order, and, to date, appellants have not filed a brief. Because appellants failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM